# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CHECKLIST FOR EMERGENCY MOTIONS

Type of motion: Emergency Stay    When will it be filed? Date: 2/21/2025   Time: 0200

Disposition needed by: Date: 2/28/2025 or sooner    Time: 0900    Why? Commercial operations ceased

Will the motion be served by hand? ● Yes ○ No   If not, why not? _____

Date of Lower Court/Agcy Decision: 01/13/2025   When will copies be provided to the court? now

Status of Lower Court/Agency proceedings: None

Any hearings scheduled? ○ Yes ● No    When? _____

Status of motion for stay/injunction pending appeal filed with lower court or agency? None

Is there a case pending in USCA now? ● Yes ○ No   Case No. and Caption: Sky Elements v. FAA 25-1073

When will disclosure statements be filed? now

If a Notice of Appeal or Petition for Review has not been filed, when will one be? _____

Brief description of the case: (What is happening & when?):
The FAA terminated Petitioner's operational waiver to conduct drone shows and Petitioner cannot continue operations without relief

Name of counsel: Walter E. Steimel, Jr.

Office #:(202) 271-9258    Home #:(202) 271-9258    Fax #:(202) 652-2308

Name of opposing counsel: _____

Office #:(___) ___-____    Home #:(___) ___-____    Fax #:(___) ___-____

Comments:
Serving Respondent by email and hand delivery; request immediate stay

---

**FOR CLERK'S OFFICE USE ONLY** Deputy Clerk: _____    Date: _____

Who is notified in LD? _____    Time: _____

### ROUTING

Staff Attorney Assigned: _____    Other: _____

Clerk ___   Ch. Deputy Clerk ___   LD Office ___   Team Leader ___   Supv/Op Unit ___   Intake ___

USCA Form 2
August 2009 (REVISED)    [Save]   [Reset Form]   [Print Form]