[ORAL ARGUMENT NOT SCHEDULED]

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SKY ELEMENTS, LLC<br><br>    Petitioner,<br><br>    v.<br><br>FEDERAL AVIATION<br>    ADMINISTRATION<br><br>    Respondent. | Case Number: 25-1073 |

**STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX**

Pursuant to Fed. R. App. P. 30(c) and this Court's Local Rule 30(c), Petitioner Sky Elements, LLC states it and Respondent Federal Aviation Administration have agreed to utilize a deferred joint appendix in the manner consist with the D.C. Circuit's rules.

                                        Respectfully submitted,

                                        /s/ Walter E. Steimel, Jr.
                                        WALTER E. STEIMEL, JR.
                                        D.C. Circuit Bar No. 446262
                                        STEIMEL COUNSELORS LAW GROUP PLLC
                                        1455 Pennsylvania Ave., N.W., Suite 400
                                        Washington, D.C. 20004
                                        (202) 271-9258
                                        Fax (202) 652-2308
                                        wes@sclgrp.com

Dated: April 10, 2025

## CERTIFICATE OF SERVICE

I certify that today I electronically filed the foregoing with the Clerk of the Court using the appellate CM/ECF system. I certify that participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Walter E. Steimel, Jr.
WALTER E. STEIMEL, JR.

Dated: April 10, 2025