[ORAL ARGUMENT NOT SCHEDULED]

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| SKY ELEMENTS, LLC<br><br>    Petitioner,<br><br>    v.<br><br>FEDERAL AVIATION<br>    ADMINISTRATION<br><br>    Respondent. | Case Number: 25-1073 |

**STATEMENT OF ISSUES TO BE RAISED**

Petitioner submits the following Statement of Issues to Be Raised in this appeal:

(1)     Under the Administrative Procedures Act, did the Federal Aviation Administration err and violate Sky Elements' rights to reasoned decision making and a reasoned, record-based decision showing a rational connection between the facts and its decisions when it summarily suspended and later terminated Sky Elements' Part 107 Waiver No. 107W-2024-02478 ("Waiver")?

(2)     Did the Federal Aviation Administration err and violate Sky Elements' due process rights when it suspended and later terminated Sky

Elements' Waiver without a hearing or established procedures, and before conducting a full investigation?

(3) Did the Federal Aviation Administration's suspension and later termination of Sky Elements' Waiver constitute arbitrary and capricious actions, abuse of discretion, or *ad hoc* rulings, violating Sky Elements' administrative and procedural due process rights, requiring reinstatement of Sky Elements' waiver?

(4) Did the Federal Aviation Administration err and violate its own terms contained in the Waiver or its own internal rules and procedures when it suspended and later terminated Sky Elements' Waiver without identifying any violation of the terms of the Waiver?

        Respectfully submitted,

        /s/ Walter E. Steimel, Jr.
        WALTER E. STEIMEL, JR.
        D.C. Circuit Bar No. 446262
        STEIMEL COUNSELORS LAW GROUP PLLC
        1455 Pennsylvania Ave., N.W., Suite 400
        Washington, D.C. 20004
        (202) 271-9258
        Fax (202) 652-2308
        wes@sclgrp.com

Dated: April 10, 2025

## CERTIFICATE OF SERVICE

I certify that today I electronically filed the foregoing with the Clerk of the Court using the appellate CM/ECF system. I certify that participants in the case are registered CM/ECF users and will be served by the appellate CM/ECF system.

/s/ Walter E. Steimel, Jr.
WALTER E. STEIMEL, JR.

Dated: April 10, 2025