[ORAL ARGUMENT NOT SCHEDULED]

**UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| SKY ELEMENTS, LLC <br><br> Petitioner, <br><br> v. <br><br> FEDERAL AVIATION ADMINISTRATION <br><br> Respondent. | Case Number: 25-1073 |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO FEDERAL RULE OF APPELLATE PROCEDURE 42(b)**

THE PARTIES STIPULATE AND AGREE that the above-captioned appeal is voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Each party shall bear its own costs.

Respectfully submitted,

/s/ Walter E. Steimel, Jr.
WALTER E. STEIMEL, JR.
D.C. Circuit Bar No. 446262
STEIMEL COUNSELORS LAW GROUP PLLC
1455 Pennsylvania Ave., N.W., Suite 400
Washington, D.C. 20004
(202) 271-9258
Fax (202) 652-2308
wes@sclgrp.com

          YAAKOV M. ROTH
*Acting Assistant Attorney General*

COURTNEY L. DIXON
*/s/ David L. Peters*
DAVID L. PETERS
*Attorneys, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 598-6735*
*David.L.Peters@usdoj.gov*

Dated: April 10, 2025

## CERTIFICATE OF SERVICE

I certify that today I electronically filed the foregoing with the Clerk of the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system and served electronically on all counsel of record.

/s/ Walter E. Steimel, Jr.
WALTER E. STEIMEL, JR.

Dated: April 10, 2025